IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00175-CBS-KLM

SARA HUDSPETH, and
GLEN HUDSPETH
    Plaintiffs,
v.

PRESTIGE MAINTENANCE USA LTD., and
TARGET CORPORATION, a Foreign Corporation,
    Defendants,

## ORDER FOR PARTIAL DISMISSAL

This civil action comes before the court on the parties' "Stipulation for Dismissal [of] Plaintiffs' Third Claim for Relief against Defendant Target Corporation" (filed April 23, 2008) (doc. # 26). The court now being sufficiently advised in the premises, IT IS ORDERED that:

1. The parties' Stipulation is approved.

2. The Third Claim for Relief in the Complaint (*see* doc. # 2) is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear her or its own attorney fees and costs.

Dated at Denver, Colorado this 23rd day of April, 2008.

                              By the Court:

                              s/Craig B. Shaffer
                              United States Magistrate Judge