IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00175-CBS-KLM

SARA HUDSPETH, and
GLEN HUDSPETH
    Plaintiffs,
v.

PRESTIGE MAINTENANCE USA LTD., and
TARGET CORPORATION, a Foreign Corporation,
    Defendants,

## ORDER ON STIPULATION FOR DISMISSAL

This civil action comes before the court on the parties' "Stipulation for Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(ii)" (filed July 23, 2008) (doc. # 38). The court now being sufficiently advised in the premises, IT IS ORDERED that:

1. The parties' Stipulation is approved.

2. The jury trial set January 12, 2009 through January 16, 2009 and the Final Pretrial Conference set December 11, 2008 are hereby VACATED.

3. This civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), with each party to bear his, her or its own attorney fees and costs.

Dated at Denver, Colorado this 23rd day of July, 2008.

                                              By the Court:

                                              s/Craig B. Shaffer
                                              United States Magistrate Judge